**DISMISS and Opinion Filed October 11, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00730-CR**

**ZIKEYA JORDAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83133-2017**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Chief Justice Burns

Before the Court is appellant's pro se motion to dismiss. On August 22, 2024,

appellant's appointed counsel filed a motion to withdraw supported by a brief

explaining there are non-frivolous issues in the appeal and the appeal is frivolous.

On October 4, 2024, appellant filed the pro se motion to dismiss.

We grant appellant's motion to dismiss and order the appeal dismissed.

/Robert D. Burns, III/

ROBERT D. BURNS, III

CHIEF JUSTICE

Do Not Publish

TEX. R. APP. P. 47.2(b)

240730F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ZIKEYA JORDAN, Appellant

No. 05-24-00730-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-83133-2017.
Opinion delivered by Chief Justice Burns. Justices Goldstein and Kennedy participating.

Based on the Court's opinion of this date, appellant's October 4, 2024 motion to dismiss this appeal is **GRANTED**, and we **ORDER** this appeal **DISMISSED**.

Judgment entered October 11, 2024